Adams County District Court
Case No.: 2019CV030112

DATE FILED: April 4, 2019 9:39 AM
FILING ID: B168F90C50CF9
CASE NUMBER: 2019CV30112

Plaintiff(s)/Petitioner(s): SARAH K. GROSS

v.

Defendant(s)/Respondent(s): JAMES DICKERSON, JOSEPH DICKERSON, BRIAN STRACK, and PATRICIA STRACK

## AFFIDAVIT OF SERVICE

I, Kristina Ryan, being duly sworn, state:

I am 18 years or older and not a party to this action.

I served the following documents on BRIAN STRACK on 03-21-2019 at 06:15:39 PM at 280 Elm St, Bennett, CO 80102 by Personal Service by handing the documents to an individual identified as Brian Strack:

SUMMONS, COMPLAINT AND DISTRICT COURT CIVIL CASE COVER SHEET

Description: I personally served Brian Strack with the documents.

Approximate Description of Person Served:
Race: White
Gender: Male
Approximate Age: 65-70
Wears Glasses: Yes
Hair Color: Gray
Approximate Height: 5'6" to 5'9"
Approximate Weight: 140 lbs to 160 lbs

Geolocation of attempt: http://maps.google.com/maps?q=39.75297320637825,-104.42884784201568
Photo: (See Exhibit 1a below)



EXHIBIT C

*Kristina Ryan*
Signature
Kristina Ryan
19708672562

*Kristina Ryan*
Affiant

Subscribed and sworn to before me this 27 day of Mar. , 2019 , by Kristina Ryan.
Witness my hand and official seal.

My commission expires: 04-26-20

*Patricia Eichmann*
Notary Public

```
PATRICIA D EICHMANN
Notary Public
State of Colorado
Notary ID # 20164015918
My Commission Expires 04-26-2020
```

Exhibit 1a)



https://proof-api-upload-production.s3.us-west-2.amazonaws.com/job/1516/jobAssignment/1470/
attemptPhoto/t3UkwRGJJ7.jpg?AWSAccessKeyId=AKIAIH4PFGVHRCFWDDTA&Expires=186857
3 816&Signature=GneL15szgos3IlN7k1x9bv7vNiI%3D

Adams County District Court
Case No.: 2019CV030112

DATE FILED: April 4, 2019 9:39 AM
FILING ID: B168F90C50CF9
CASE NUMBER: 2019CV30112

Plaintiff(s)/Petitioner(s): SARAH K. GROSS

v.

Defendant(s)/Respondent(s): JAMES DICKERSON, JOSEPH DICKERSON, BRIAN STRACK, and PATRICIA STRACK

## AFFIDAVIT OF SERVICE

I, Kristina Ryan, being duly sworn, state:

I am 18 years or older and not a party to this action.

I served the following documents on PATRICIA STRACK on 03-21-2019 at 06:17:19 PM at 280 Elm St, Bennett, CO 80102 by Personal Service by handing the documents to an individual identified as Patricia Strack:

SUMMONS, COMPLAINT AND DISTRICT COURT CIVIL CASE COVER SHEET

Description: I served Patricia Strack by handing the documents to her.

Approximate Description of Person Served:
Race: White
Gender: Female
Approximate Age: 65-70
Wears Glasses: Yes
Hair Color: Other
Approximate Height: 5'3" to 5'6"
Approximate Weight: 160 lbs to 180 lbs

Geolocation of attempt: http://maps.google.com/maps?q=39.75297823552017,-104.42882839600034
Photo: (See Exhibit 1a below)

*[signature]*
Signature
Kristina Ryan
19708672562

*[signature]*
Affiant

Subscribed and sworn to before me this 27 day of Mar., 2019, by Kristina Ryan. Witness my hand and official seal.

My commission expires: 04-26-20

*[signature]*
Notary Public

PATRICIA D EICHMANN
Notary Public
State of Colorado
Notary ID # 20164015918
My Commission Expires 04-26-2020

Exhibit 1a)



https://proof-api-upload-production.s3.us-west-2.amazonaws.com/job/1515/jobAssignment/1469/
attemptPhoto/tGQZjQueqO.jpg?AWSAccessKeyId=AKIAIH4PFGVHRCFWDDTA&Expires=186857
3 903&Signature=kho3JtkjWuKgMXZrt8sOmtRRHD4%3D

Adams County District Court
Case No.: 2019CV030112

DATE FILED: April 4, 2019 9:39 AM
FILING ID: B168F90C50CF9
CASE NUMBER: 2019CV30112

Plaintiff(s)/Petitioner(s): SARAH K. GROSS

v.

Defendant(s)/Respondent(s): JAMES DICKERSON, JOSEPH DICKERSON, BRIAN STRACK, and PATRICIA STRACK

AFFIDAVIT OF SERVICE

I, Kristina Ryan, being duly sworn, state:

I am 18 years or older and not a party to this action.

I served the following documents on JAMES DICKERSON on 03-21-2019 at 06:12:26 PM at 280 ELM ST, BENNETT, CO 80102 by Residential Substitute Service by leaving the documents at the usual place of abode of James Dickerson with his grandfather Brian Strack whose age is 18 years or older:
SUMMONS, COMPLAINT AND DISTRICT COURT CIVIL CASE COVER SHEET

Description: James Dickerson's grandfather accepted the documents.

Approximate Description of Person Accepting Documents:
Name: Brian Strack
Relationship to Servee: Grandfather
Race: White
Gender: Male
Approximate Age: 65-70
Wears Glasses: Yes
Hair Color: Salt and Pepper
Approximate Height: 5'6" to 5'9"
Approximate Weight: 160 lbs to 180 lbs

Geolocation of attempt: http://maps.google.com/maps?q=39.75311477672282,-104.42884742292055
Photo: (See Exhibit 1a below)

_(signature)_

Signature
Kristina Ryan
19708672562

_(signature)_

Affiant

Subscribed and sworn to before me this _27_ day of _Mar._, _2019_, by Kristina Ryan. Witness my hand and official seal.

My commission expires: _04-26-20_

_(signature)_

Notary Public

```
PATRICIA D EICHMANN
    Notary Public
   State of Colorado
 Notary ID # 20164015918
My Commission Expires 04-26-2020
```

Exhibit 1a)



https://proof-api-upload-production.s3.us-west-2.amazonaws.com/job/1517/jobAssignment/1471/
attemptPhoto/xeSRroJjnv.jpg?AWSAccessKeyId=AKIAIH4PFGVHRCFWDDTA&Expires=18685736
7 6&Signature=CIi2isuLbmDnM5EhtYJszZVJMls%3D

Adams County District Court
Case No.: 2019CV030112

DATE FILED: April 4, 2019 9:39 AM
FILING ID: B168F90C50CF9
CASE NUMBER: 2019CV30112

Plaintiff(s)/Petitioner(s): SARAH K. GROSS

v.

Defendant(s)/Respondent(s): JAMES DICKERSON, JOSEPH DICKERSON, BRIAN STRACK, and PATRICIA STRACK

## AFFIDAVIT OF SERVICE

I, Kristina Ryan, being duly sworn, state:

I am 18 years or older and not a party to this action.

I served the following documents on JOSEPH DICKERSON on 03-21-2019 at 06:19:44 PM at 280 ELM ST BENNETT, BENNETT, CO 80102 by Residential Substitute Service by leaving the documents at the usual place of abode of Joseph Dickerson with his mother Patricia Strack whose age is 18 years or older:

SUMMONS, COMPLAINT AND DISTRICT COURT CIVIL CASE COVER SHEET

Description: I served the documents on Patricia Strack, the mother of Joseph Dickerson.

Approximate Description of Person Accepting Documents:
Name: Patricia Strack
Relationship to Servee: Mother
Race: White
Gender: Female
Approximate Age: 65-70
Wears Glasses: Yes
Hair Color: White
Approximate Height: 5'3" to 5'6"
Approximate Weight: 160 lbs to 180 lbs

Geolocation of attempt: http://maps.google.com/maps?q=39.75297970235326,-104.4287803676952
Photo: (See Exhibit 1a below)

*Kristina Ryan* (signature)
Signature
Kristina Ryan
19708673562

*Kristina Ryan* (signature)
Affiant

Subscribed and sworn to before me this 27 day of Nov., 2019, by Kristina Ryan.
Witness my hand and official seal.

My commission expires: 04-26-20

*Patricia Eichmann* (signature)
Notary Public

```
PATRICIA D EICHMANN
Notary Public
State of Colorado
Notary ID # 20164015918
My Commission Expires 04-26-2020
```

Exhibit 1a)



https://proof-api-upload-production.s3.us-west-2.amazonaws.com/job/1514/jobAssignment/1468/attemptPhoto/gIAxY26uMW.jpg?AWSAccessKeyId=AKIAIH4PFGVHRCFWDDTA&Expires=18685
7 4235&Signature=HdljkOzG9hkXGPr3sG1Dd0NaWHA%3D